To: THE FOURTEENTH COURT OF APPEALS

FILED IN 14th COURT OF APPEALS HOUSTON, TEXAS OCT 29 2015 CHRISTOPHER A. PRINE CLERK

10-22-15

**MAILED** 10/26/15

Effective September 1, 2000 authorizes a convicted person to file a (Motion In The Court Of Conviction Requesting DNA Testing Of The Preserved Biological Material Relevant To Identity That Was Not Previously Tested. [Tex. Crim. Proc. 64.01]

September 1, 2001, That requires the prosecution to preserve evidence Containing biological Matter that is in the possession of the State during the prosecution of a Criminal Case that would more likely than not establish the identity of the person committing the offense or exclude a person from the group of those who could have committed it.

Can yall please send me the Motion for DNA Testing under [Tex. Crim. Proc. 64.01] The reason I ask you for this Motion so I can prove beyound a doubt I did not rape this woman no 4 times that night like she said. Now she said we was both necked in her truck that night, now I was surposed to of raped this woman 4 times in a hot Vehicle and know where on the outside of her body or under her fingernails did thay find any of my DNA on her. But on her neck, her Breast and the (2) Bike Marks was all swab and guess what thay found another Males DNA on them places, not mine but another males DNA. Now she said

I ~~object~~ choked her out 7 times that night until she passed out 7 times now one of the same nurses testified that it busted blood vessels in her chest and her eyes. But it clearly shows on the DNA test that I was excluded from being a Contributor to Item 7-1 and Item 8-1 which is R. Neck Swab and L. Neck Swab but there was another Male Contributor to these test on her neck. As well as the Breast Swab and the Bite Mark Supposly on her groin area the DNA didn't belong to me but another Male. As with the ace wrap and splint on her right arm she said I used for leveledge to control her My DNA was not on those Items at all but they did find another Male DNA on them

The only place's thay found my DNA was on Items that thay recovered out the house after the Crime had already took place supposly up the road in the woods and under a bridge this is where the rape supposly took place. Deputy Jenkins said that why Amanda Smith was in the Ambulance on 65 pine street he recovered a pair of Black pajama pants at the foot of Gary Caskey bed in his bedroom. These pants was not in the vehicle or a part of the rape that supposly took place up the road Amanda Smith said and Gary Caskey said she did not have no bottom pants on when she left the house that night she said she had on a pair of paneys Deputy Jenkins ask her where her bottoms was when she was in the Ambulance and she told ~~them~~ him thay was

In the landlords Rea bedroom at the foot of his bed. Deputy Jenkins also stated that thay got a pair of Gray sweat pants out the house that morning Why she was in the Ambulance for her too where to the hospital these gray sweatpants came out the front bedroom of the house where Gary Mount slep in which these gray sweat pants is the pants I sleep in at night So these pants is naturaly going to have my DNA in them. My DNA was in the groin area of these pants) she was having sex with me before this crime happened and she lie'd about this

The Orange and Black Harley Davidson Blanket came off My bed in the front bedroom. Its got my DNA on it also. But Amanda Smith called Investigator James Dousay 2 days later and told him she had more Items she needed to give him that these Items was on her during the Aggravated Sexual Assault the Items was Orange and Black Harley Davidson Blanket ( Had my DNA on it) But Not Amandasmiths DNA but it was on her during the attack) Gray Jacket she said was on her also but my DNA was so extint not on it. But there was 3 other Male DNA on it. The only place thay got my DNA was in her vaginal area..

Forensic Expert said the satistics was so low on it she was not even comftible saying it was mine Amanda Smith said she wasn't having sex with me or Gary Caskey but the rape kit did show another Seman Male in her vaginal besides my Low seman count in her it was low

the black pajama pants proves she was having sex with me before this incident happened and having Sex with Gary Caskey But She got on the witness stand and said she had never had sex with me before are had never had sex with Gary Caskey before this is Why I'm asking for a new DNA Testing to be done and establish the other male DNA contributor to these Items And I'm sure it will turn out to Be Gary Caskeys DNA. That she got on the witness stand under sworn Oath and said she had never had sex with him and Gary Caskey did the same thing under sworn oath and said He had never had sex with her either This will prove that thay are lieing about the whole epsode that happened that night to cover the fact that she was sleeping with me and dating me. And I cought her in the bed with Gary Caskey that night and all I did was beat her up in the bedroom and thats all that happened We went and got some drugs we came back and saw the law and went down Elm Street she said she was going to go tell the police we wasnt fighting any more But I got out the car and came threw the back doors she drove off and got pulled over by the police and used me as a scape goat she had a warrent for her arrest and told them that

I beat her up and rape her, to get out from going to jail she had a v.o.p. warrent out for her arrest that morning on 1-19-2013 Because in June of 2013 thay arrested her for violation of probation she was on to Assault and Batterie on a public servant, She also had a 2001 conviction from Prosession of a Controlled Substance she went to state jail on and when we went to trial an Dec 1, 2014 She never did show up for Trial until Dec 3, 2014 Because she was in Jail in Alabama for Driving under the influnce of wiskey, Plus she also had a Aggravated Escape charge on her also for the month of 8-27-14 Plus she had another Assault and Batterie with Body injury on a public servant on her, in June and July of 2013 when thay arrested her on the violation of probation charge. And the sane nurse said alot of the bruise and abaisons on her was in the healing prosess already now all tho bruises was brown, yellow, purple bruises for bruises to be this color thay are a day or too old when you bruise somebody it takes adleast 24 to 48 hours for that bruise to show up not in 3 or 4 hours. The time it took place was between 2:30, and 8:30 in the morning is not enough time for a bruise to show up on you Most of these

bruises was already in the healing process already and the abraisions. So I'm asking for a new DNA Testing on all the cloths and the DNA that was never tested or matched up to a profile that was taoking off Amanda Smiths body that did not belong to ~~me~~ Me Gary Mount. Once you see this DNA belongs to Gary Caskey then You got her and Gary Caskey on Aggravated perjury under Sworn Oath. Amanda Smith said she also had a Leopard Print Blanket on her that morning of the attack also There was (11) DNA STains that showed up on that Blanket but none of the DNA was mine. But that didn't test the other DNA Stains to see who thay belong to either

Thank you for your
Time the Pro
So Brief will be
Sent out ~~xxxxx~~
Next week

Gary
Mount

Plus did you ever aprove me for Extension of pages all together I got three big issues I'm raising on the Direct Appeals which come's to 277 pages total. But I did each issue in a Brief by there self So it is like three briefs So there is two of them thats over the 50 page limit.

Disclaimmer, I ask the courts not to hold me to the standards of a lawyer in these Briefs I've not had the training or the Schooling or the Education that a lawyer is subject or goe's threw to obtain his degree's or profession to become a Lawyer

Sincerely
Gary Mount

Gary Lee Mount/TDCS#1969963
McConnell Unit
3001 S. Emily Drive
Beeville, Texas
78102

Dorm
7-I-12-Bottom

(Legal Mail)

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
26 OCT 2015 PM 1 L

Cause No's:
14-14-00997-CR
14-14-00999-CR

FOURTEENTH COURT OF APPEALS
301 FANNIN Suite: 245
Houston, Texas
77002

7700220620270